UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| MARIA FERGUSON, <u>ET AL.</u> | ) | |
| | ) | |
| v. | ) | NO. 2:03-CV-360 |
| | ) | |
| UNICOI COUNTY, <u>ET AL.</u> | ) | |

## **O R D E R**

For the reasons set out in the Memorandum Opinion that accompanies this Order, it is hereby **ORDERED** that the Motions for Summary Judgment filed by the defendants are **GRANTED**, [Docs. 17, 21, 25, 30, and 47], and that all the plaintiffs' federal claims are **DISMISSED**. It is also hereby **ORDERED** that all the plaintiffs' state law claims are **DISMISSED WITHOUT PREJUDICE**. All other pending motions are **MOOT**. The plaintiffs' request for oral argument is **DENIED**.

ENTER:

s/J. RONNIE GREER
UNITED STATES DISTRICT JUDGE